DONALD W. SEARLES, Cal Bar No. 135705
Email: searlesd@sec.gov
C. DABNEY O'RIORDAN, Cal. Bar No. 205158
Email: oriordand@sec.gov

Attorneys for Plaintiff
Securities and Exchange Commission
Rosalind R. Tyson, Regional Director
Andrew G. Petillon, Associate Regional Director
John M. McCoy III, Regional Trial Counsel
5670 Wilshire Boulevard, 11th Floor
Los Angeles, California 90036-3648
Telephone:  (323) 965-3998
Facsimile:  (323) 965-3908

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>BEN-WAL LEASING COMPANY; BEN-WAL MANAGEMENT, INC.; and JERRY E. BENSON,<br><br>　　　　Defendants,<br><br>　and<br><br>CTR WEB PRINTING, INC.; and SCOTT W. BENSON,<br><br>　　　　Relief Defendants. | Case No. CV 09-6223 ODW (FMOx)<br><br>**FINAL JUDGMENT OF DISGORGEMENT AS TO RELIEF DEFENDANT SCOTT W. BENSON** |

The Securities and Exchange Commission having filed a Complaint and Relief Defendant Scott W. Benson having entered a general appearance; consented to the Court's jurisdiction over Relief Defendant and the subject matter of this action; consented to the entry of this Final Judgment of Disgorgement without admitting or denying the allegations of the Complaint (except as to jurisdiction); waived findings of fact and conclusions of law; and waived any right to appeal from this Final Judgment.

## I.

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Relief Defendant is liable for disgorgement in the amount of $265,213.88, representing payments to Relief Defendant from Ben-Wal Leasing and/or CTR Web Printing, Inc. as a result of the conduct alleged in the Complaint, together with prejudgment interest in the amount of $49,818.08, which obligation shall be satisfied, in full, by Relief Defendant's execution of all documents necessary to transfer ownership of commercial property located at 146 Atlantic Avenue, Pomona, California 91768, to the court-appointed receiver in this action, within three (3) business day of the entry of this Final Judgment.

## II.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the Consent is incorporated herein with the same force and effect as if fully set forth herein, and that Defendant shall comply with all of the undertakings and agreements set forth therein.

## III.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that this Court shall retain jurisdiction of this matter for the purposes of enforcing the terms of this Final Judgment.

///

///

**IV.**

There being no just reason for delay, pursuant to Rule 54(b) of the Federal Rules of Civil Procedure, the Clerk is ordered to enter this Final Judgment forthwith and without further notice.

Dated: February 4, 2010

_____
HONORABLE OTIS D. WRIGHT II
UNITED STATES DISTRICT JUDGE

2