UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
**CIVIL MINUTES - GENERAL**

| Case No. | CV 09-6223 ODW(FMOx) | Date | October 29, 2010 |
|---|---|---|---|
| Title | Securities and Exchange Commission v. Ben-Wal Leasing Company et al | | |

| Present: The Honorable | Otis D. Wright II, United States District Judge | |
|---|---|---|
| Raymond Neal | Not reported | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not present | Not present |

**Proceedings (In Chambers):**   **Order Vacating Pretrial Conference and Bench Trial; Order to Show Cause Re Settlement**

The Court orders the parties to show cause why settlement has not been finalized and sets a hearing on the matter for **Monday, January 3, 2011 at 1:30 p.m.**

The OSC hearing will be vacated upon receipt by the Court of a stipulation and proposed order of dismissal.

The Pretrial Conference and Bench Trial are hereby VACATED.

IT IS SO ORDERED.

|  | : | 00 |
|---|---|---|
| | Initials of Preparer | RGN |