DONALD W. SEARLES, Cal Bar No. 135705
Email: searlesd@sec.gov
C. DABNEY O'RIORDAN, Cal. Bar No. 205158
Email: oriordand@sec.gov

Attorneys for Plaintiff
Securities and Exchange Commission
Rosalind R. Tyson, Regional Director
John M. McCoy III, Associate Regional Director
5670 Wilshire Boulevard, 11th Floor
Los Angeles, California 90036-3648
Telephone:  (323) 965-3998
Facsimile:   (323) 965-3908

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>  Plaintiff,<br><br>  vs.<br><br>BEN-WAL LEASING COMPANY; BEN-WAL MANAGEMENT, INC.; and JERRY E. BENSON,<br><br>  Defendants,<br><br>  and<br><br>CTR WEB PRINTING, INC.; and SCOTT W. BENSON,<br><br>  Relief Defendants. | Case No. CV 09-6223 ODW (FMOx)<br><br>**FINAL JUDGMENT RE MONETARY RELIEF AGAINST BEN-WAL LEASING COMPANY AND BEN-WAL MANAGEMENT, INC.** |

The Securities and Exchange Commission having filed a Complaint and Defendants Ben-Wal Leasing Company and Ben-Wal Management, Inc. (collectively the "Entity Defendants") having entered a general appearance; consented to the Court's jurisdiction over the Entity Defendants and the subject matter of this action; consented to entry this Court's Judgment dated February 4, 2010, and consented to entry of this Final Judgment Re Monetary Relief, without admitting or denying the allegations of the Complaint (except as to jurisdiction); waived findings of fact and conclusions of law; and waived any right to appeal from this Judgment:

## I.

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the Entity Defendants are liable for disgorgement, in an amount equal to the amount collected by the Court-appointed receiver in this action, as set forth in the receiver's final report. The Entity Defendants' obligation to make disgorgement shall be satisfied, in full, through the collection efforts of the Court-appointed receiver. Any funds so collected shall be distributed pursuant to an order of the Court in accordance with the Court's order appointing the receiver. By agreeing to make disgorgement in an amount equal to the amount collected by the Court-appointed receiver in this action, as set forth in the receiver's final report, Defendants relinquish all legal and equitable right, title, and interest in such funds, and no part of the funds shall be returned to Defendants.

## II.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the Consent is incorporated herein with the same force and effect as if fully set forth herein, and that Defendants shall comply with all of the undertakings and agreements set forth therein.

## V.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that this

1  Court shall retain jurisdiction of this matter for the purposes of enforcing the terms
2  of this Judgment.

### VI.

There being no just reason for delay, pursuant to Rule 54(b) of the Federal Rules of Civil Procedure, the Clerk is ordered to enter this Judgment forthwith and without further notice.

DATED: December 28, 2010   _____
HONORABLE OTIS D. WRIGHT II
UNITED STATES DISTRICT JUDGE