DONALD W. SEARLES, Cal Bar No. 135705
Email:  searlesd@sec.gov
C. DABNEY O'RIORDAN, Cal. Bar No. 205158
Email:  oriordand@sec.gov

Attorneys for Plaintiff
Securities and Exchange Commission
Rosalind R. Tyson, Regional Director
John M. McCoy III, Associate Regional Director
5670 Wilshire Boulevard, 11th Floor
Los Angeles, California 90036-3648
Telephone:   (323) 965-3998
Facsimile:   (323) 965-3908

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>                    Plaintiff,<br><br>     vs.<br><br>BEN-WAL LEASING COMPANY; BEN-WAL MANAGEMENT, INC.; and JERRY E. BENSON,<br><br>                    Defendants,<br><br>          and<br><br>CTR WEB PRINTING, INC.; and SCOTT W. BENSON,<br><br>                    Relief Defendants. | Case No. CV 09-6223 ODW (FMOx)<br><br>**ORDER DISMISSING ACTION AS TO RELIEF DEFENDANT CTR WEB PRINTING, INC.** |

1    Plaintiff Securities and Exchange Commission ("Plaintiff") filed a motion to
2  dismiss this action without prejudice as to relief defendant CTR Web Printing, Inc.
3  ("Relief Defendant"), under Rule 41(a)(2) of the Federal Rules of Civil Procedure.
4  The Court has reviewed the papers submitted in favor of the motion, and noting no
5  objection by Relief Defendant,
6         IT IS ODERED that:
7         The motion to dismiss without prejudice is GRANTED.
8
9  DATED: January 3, 2011          _____
                                    HONORABLE OTIS D. WRIGHT II
10                                  UNITED STATES DISTRICT JUDGE
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1